```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03409-RNO
Mary Carol Severa                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: MMchugh    Page 1 of 1    Date Rcvd: Sep 06, 2019
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
db         +Mary Carol Severa,   16 E. Garfield St.,   McAdoo, PA 18237-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           James   Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                 TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mary Carol Severa | Chapter: 13 |
| Debtor 1 | Case No.: 5:19-bk-03409-RNO |
| | Document No.: 13 |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Order Granting Motion of the Chapter 13 Trustee on behalf of the United States Trustee to Dismiss Case pursuant to 11 U.S.C. 1307(c)(9) for failure to file a complete list of creditors entered on August 28, 2019, is being vacated by this Order as having been entered prematurely; and,

**IT IS FURTHER ORDERED** that the Debtor will submit a complete list of creditors to the Clerk within seven (7) days of the date of this Order or the case will be dismissed without further notice.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

September 6, 2019

Order Vacating - Revised 04/18